JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROSE, | Case No. 8:25-01401 CV (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ARTIANO SHINOFF APC, et al., | |
| Defendants. | |

   Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED:  1/8/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
United States District Judge